RECEIVED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

08 JAN 22 AM 11: 23
CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

SHAWNIE WILSON,

    Plaintiff,

vs.

CASE NO.: 8:08 CV 153-T24MAP

UTOPIA HOME CARE, INC.,

    Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, SHAWNIE WILSON, (hereinafter referred to as "Plaintiff"), by and through her undersigned counsel and sues the Defendant, UTOPIA HOME CARE, INC., (hereinafter referred to as "Defendants"), and states as follows:

### INTRODUCTION

1. This is an action by Plaintiff against her former employer for unpaid overtime wages pursuant to the Fair Labor Standards Act ("FLSA"). Plaintiff seeks damages and a reasonable attorney's fee.

### JURISDICTION

2. This action arises under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, et. seq. The Court has jurisdiction over the FLSA claims pursuant to 29 U.S.C. § 216(b).

## VENUE

3. The venue of this Court over this controversy is proper based upon the claim arising in Pinellas County, Florida.

## THE PARTIES

4. From approximately February 2007 to August 2007, Plaintiff was employed by Defendant, UTOPIA HOME CARE, INC., at its businesses located in St. Petersburg, Pinellas County, Florida.

5. The Defendant, UTOPIA HOME CARE, INC., is a Florida profit corporation that operates a business in Hillsborough County, Florida. Defendant, UTOPIA HOME CARE, INC., is an employer as defined by 29 U.S.C. § 203(d). The employer has employees subject to the provisions of the FLSA, 29 U.S.C. § 206, in the facility where Plaintiff was employed.

6. Plaintiff was an employee UTOPIA HOME CARE, INC., and, at all times relevant to violations of the Fair Labor Standards Act was engaged in commerce as defined by 29 U.S.C. §§ 206(a) and 207(a)(1).

7. UTOPIA HOME CARE, INC. is an enterprise engaged in commerce or in the production of goods for commerce as defined by 29 U.S.C. §203(s)(1).

8. Plaintiff has retained the PANTAS LAW FIRM, P.A. to represent her in this matter and has agreed to pay said firm a reasonable attorney's fee for its services.

-3-

## VIOLATION OF THE OVERTIME PROVISIONS
## OF THE FAIR LABOR STANDARDS ACT UNDER FEDERAL LAW

9. Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs 1 through 8, above.

10. Throughout the employment of Plaintiff, the Defendants repeatedly and willfully violated Section 7 and Section 15 of the Fair Labor Standards Act by failing to compensate Plaintiff at a rate not less than one and one-half times the regular rate at which she was employed for workweeks longer than forty (40) hours. Specifically, Plaintiff worked numerous weeks in excess of forty (40) hours a week, yet was not compensated for all work in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which she was employed.

WHEREFORE, Plaintiff demands judgment against Defendants for the following:

(a)   Unpaid overtime wages found to be due and owing;

(b)   An additional equal amount equal to the unpaid overtime wages found to be due and owing as liquidated damages;

(c)   Prejudgment interest in the event liquidated damages are not awarded;

(d)   A reasonable attorney's fee and costs; and,

(e)   Such other relief as the Court deems just and equitable.

### JURY TRIAL DEMAND

Plaintiff demands a jury trial on all issues so triable.

Dated: 1/14/08

Respectfully submitted,

_____
K.E. PANTAS, ESQ.
Bar No.: 0978124
PANTAS LAW FIRM, P.A.
250 North Orange Avenue, 11th Floor
Orlando, Florida 32801
Tel.: (407) 425-5775
Fax.: (407) 425-2778
E-Mail: Clerk@PantasLaw.com