UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHAWNIE WILSON,

    Plaintiff,

v.                                                           Case No. 8:08-cv-153-T-24-MAP

UTOPIA HOME CARE, INC.,

    Defendant.
_____/

**ORDER**

This cause comes before the Court on the parties' Joint Motion for Approval of Settlement. (Doc. No. 36.) In this motion, the parties ask the Court to review the terms of the settlement of Plaintiff's Fair Labor Standards Act claim. Upon due consideration of the motion and the record in this case, the Court finds that the terms of the settlement agreement in this case constitute a fair and reasonable resolution of a bona fide dispute over Fair Labor Standards Act provisions.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1)    The parties' Joint Motion for Approval of Settlement (Doc. No. 36) is **GRANTED**.

(2)    The case is **DISMISSED WITH PREJUDICE**.

(3)    The clerk is directed to close this case.

**DONE AND ORDERED** at Tampa, Florida, this 3rd day of August, 2009.

/s/ Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record